UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

H.G.,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No.  24-cv-02735-SVK

**ORDER GRANTING MOTION FOR ATTORNEY'S FEES**

Re: Dkt. No. 17

Before the Court is Plaintiff's counsel's Motion for Attorney Fees under 42 U.S.C. § 406(b).  Dkt. 17 (the "Motion").  The deadline for an opposition by Defendant or objections by Plaintiff has passed, and no opposition or objections have been filed.  The Court finds that Plaintiff's counsel's requested fee of $14,350.00 is permissible under Section 406(b) as it does not exceed 25% of the total of past-due benefits owed, and the Court finds, based on the records submitted in exhibits 1-4, that counsel's effective hourly rate of $420.82 and the requested award is reasonable given the nature of the representation and the results achieved.  *See Gisbrecht v. Barnhart*, 535 U.S. 789 (2002) (requiring an "attorney for [a] successful claimant [to] show that the fee sought is reasonable");  *Crawford v. Astrue*, 586 F.3d 1142, 1145-46 (9th Cir. 2009) (*e.g.*, reversing a reduction of a fee of $24,000 for 26.9 hours work to complete a successful case).  Accordingly, the Motion is **GRANTED.**  Plaintiff's counsel, Francesco Benavides, is authorized to receive payment of $14,350.00 in attorney fees.  From this award, Plaintiff's counsel will refund to Plaintiff $8,400.00 (the amount he received under the Equal Access to Justice Act).

**SO ORDERED.**

Dated: July 8, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge